# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

EVELYN TAYLOR                                                                      PLAINTIFF

V.                             NO. 3:17-CV-00255-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                    DEFENDANT

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Time to file an appellate brief. For good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion (*doc. 12*) is GRANTED. The Court's Scheduling Order (*doc. 11*) is modified to provide that Plaintiff's brief is due no later than **March 1, 2018**. Defendant's brief is due within forty-two (42) days after service of Plaintiff's brief.

Dated this 30th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE